IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------X

THE SIOUX NATION OF INDIANS
(a/k/a "THE OCETI SAKOWIN OYATE")
collectively, and THE OGALA SIOUX TRIBE,
THE CHEYENNE RIVER SIOUX TRIBE,
THE STANDING ROCK SIOUX TRIBE and
THE ROSEBUD SIOUX TRIBE individually        **NOTICE OF DISMISSAL**

c/o THE OGALA SIOUX TRIBE
P.O. Box 2070
Pine Ridge, SD  57770

       Plaintiffs,

vs.

THE UNITED STATES OF AMERICA;

DIRK KEMPTHORNE
SECRETARY OF THE INTERIOR
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC  20240

JOHN W. SNOW
SECRETARY OF THE TREASURY
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C.  20220

       Defendants.

-----------------------------------------------------------X

**PLEASE TAKE NOTICE**, that, pursuant to F.R.C.P. 41(a), the above captioned action shall be, and hereby is, voluntarily dismissed by Plaintiffs.

**McCarter & English, LLP**


By:___/s/_____
    Daniel J. Kelly, Esq.
District of Columbia Bar # 397795
Attorneys for Plaintiffs
245 25 Franklin Street
Boston, MA 02110
Tel.:617.345.7000
Fax:617.345.7050